**TIFFANY & BOSCO** P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22942/1214030028

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-03004-GBN |
| Lyle Gregory Tradup and Sara Loretta Tradup Debtors. | Chapter 7 |
| Chase Manhattan Mortgage Corp. | O R D E R |
| Movant, vs. | (Relating to docket #24 ) |
| Lyle Gregory Tradup and Sara Loretta Tradup, Debtors; Roger W. Brown, Trustee. Respondents. | |

IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.

SIGNED this _____ day of _____, 2009.

_____
JUDGE OF U.S. BANKRUPTCY COURT